UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

JAMIL MALIK BEY, et al.,

    Plaintiffs,

    v.

JARRAH BURGIN, et al.,

    Defendants.

Case No. 2:24-CV-331-GSL-JEM

## <u>ORDER</u>

This matter is before the Court on Magistrate Judge John E. Martin's *sua sponte* report and recommendation entered on April 17, 2026, at [DE 88]. For the reasons fully explained in the report, Judge Martin recommends that the Court GRANT State Defendants' Motion to Dismiss Plaintiffs' Amended Complaint, at [DE 65], and enter judgment in favor of State Defendants and against Plaintiffs.

Over fourteen days have passed without any objections being filed, so the Court reviews the report and recommendation for clear error. *See* Fed. R. Civ. P. 72(b)(2); *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999) ("If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." (citations omitted)). The Court has reviewed the report and recommendation and finds no clear error.

Accordingly, the Court **ADOPTS** Judge Martin's report and recommendation, at [DE 88], in full, and **GRANTS** State Defendants' Motion to Dismiss Plaintiffs' Amended Complaint, at [DE 65].

SO ORDERED.

ENTERED: May 4, 2026

/s/ GRETCHEN S. LUND
Judge
United States District Court

2